

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00110-CV

———————————————

ANUMIS, INC. DBA LEGENDS CLEANERS AND MAHESH DERASHRI,
Appellants

V.

ELDORADO VILLAGE, LLC, Appellee

On Appeal from the 431st District Court
Denton County, Texas
Trial Court No. 21-11211-431

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the "Appellant[s'] Motion for Voluntary Dismissal," which is unopposed. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: June 8, 2023